IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE E. COWAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                    CASE NO. 1D15-2296

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed March 1, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Lawrence E. Cowan, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel,
Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of certiorari is denied on the merits.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.